IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH C. ZIEGLER, JR., <br>         Plaintiff, <br> v. <br><br> ALLSTATE INSURANCE COMPANY, ALLSTATE FINANCIAL SERVICES, and BILL MCGRATH, <br>         Defendants. <br><br> ALLSTATE INSURANCE COMPANY, <br><br>         Counter-Plaintiff, <br><br> v. <br><br> JOSEPH C. ZIEGLER, JR., <br><br>         Counter-Defendant. | Case No. 1:16-cv-00869 <br><br> Honorable Manish S. Shah <br> Magistrate Judge Jeffrey Cole |

## ALLSTATE INSURANCE COMPANY'S UNOPPOSED MOTION TO MOVE TRIAL DATE

Defendant/Counter-Plaintiff Allstate Insurance Company ("Allstate"), through its undersigned attorneys, hereby respectfully requests that this Court move the existing trial date of October 1, 2018 to a date after January 1, 2019. In support thereof, Allstate state as follows:

1. On March 7, 2018, this Court issued its opinion with respect to the Allstate's Motion for Summary Judgment on its counterclaims and Plaintiff's affirmative claims against it. (Dkt. 108).

2. As the opinion granted summary judgment to Allstate on all claims with the exception of Allstate's claim for misappropriation of trade secrets, this Court set this matter for trial for the misappropriation of trade secrets claim (Count II) and to prove damages on Allstate's

claims for breach of contract (Count I) and tortious interference with contract (Count III). As a result of the summary judgment ruling, Plaintiff Ziegler has no active claims.

3. At the March 21, 2018 case status of this matter, this Court set this matter for trial to proceed on October 1, 2018. (Dkt. 109).

4. However, since that time, lead counsel in this matter had an existing trial moved from August 13, 2018 to September 17, 2018, styled *Allstate Insurance Corporation vs. Melissa Papanek, et al.,* Case No. 3:15-CV-00240, pending in the United States District Court for the Southern District of Ohio. The trial is scheduled to last approximately two (2) weeks. Accordingly, lead counsel now has a scheduling conflict with this Court's trial date of October 1, 2018.

5. As a result, Allstate respectfully requests that this Court reschedule the existing trial date from October 1, 2018 to a date after January 1, 2019.

6. This motion is filed in good faith and several months in advance of the scheduled trial date. Allstate has not previously requested a change in the trial date in this matter. This motion is not intended to delay or obstruct the progress of this case. No party will be prejudiced by granting the requested relief.

7. Allstate conferred with Ziegler's counsel and Plaintiff/Counter-Defendant indicated that they do not oppose the instant motion.

WHEREFORE, for the reasons stated herein, Allstate Insurance Company respectfully requests this Court reschedule the existing trial date of October 1, 2018 to a date after February 1, 2019.

47922181v.1

3

**DATED**:  July 30, 2018　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　**ALLSTATE INSURANCE COMPANY,
　　　　　　　　　　　　　　　　　　　　　　ALLSTATE FINANCIAL SERVICES, LLC,
　　　　　　　　　　　　　　　　　　　　　　and BILL McGRATH**


　　　　　　　　　　　　　　　　　　　　　　By:　　*/s/ J. Scott Humphrey*　　　　　

　　　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys


J. Scott Humphrey
Robyn E. Marsh
S<small>EYFARTH</small> S<small>HAW</small> LLP
233 South Wacker, Suite 8000
Chicago, Illinois 60606
(312) 460-5000
(312) 460-7000

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 30, 2018, he electronically filed the foregoing Unopposed Motion to Move the Trial Date with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

By: ___*/s/ J. Scott Humphrey*___

J. Scott Humphrey