ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS



FILED

MAR 06 2019

JUDGE MANISH S. SHAH
UNITED STATES DISTRICT COURT

Allstate Insurance Company,

Plaintiff(s),

v.

Joseph C. Ziegler,

Defendant(s).

Case No. 16-cv-00869
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: in favor of plaintiff Allstate Insurance Company and against defendant Joseph C. Ziegler.

---

This action was *(check one)*:

☒ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☐ decided by Judge Manish Shah on a motion.

Date: 3/6/2019

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk